**Order entered July 26, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00317-CV

### DELORIS PHILLIPS, Appellant

### V.

### PORSHALA PHILLIPS AND WILLIAM BRENT, Appellees

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00541**

## ORDER

Before the Court are appellant's (1) July 11, 2018 emergency expedited motion to correct/amend reporter's record; (2) July 19, 2018 request for documents to be included in clerk's record; (3) July 19, 2018 request for supplementation of clerk's record; and (4) July 23, 2018 "request for preservation of any/all records/files/documents, etc." We **DENY** the July 11th motion and July 19th requests. We **DENY** as moot the July 23rd request for preservation because all records and documents filed in this appeal will be retained in accordance with applicable statutes and the Court's record retention policy.

/s/    BILL WHITEHILL
        JUSTICE